■   LOUISE JACOBSON, as Executrix of GUNTHER JACOBSON, Deceased, et al., Respondents, v. FREEDMAN & SLATER, INC., Appellant, et al., Defendants.— Order unanimously reversed on the law and motion for summary judgment denied, without costs. Special Term referred the matter to the Official Referee to hear and determine, among other things, the title to the fund in dispute. This was an issue raised by the pleadings that must be determined by plenary action before the appellant can be directed to account. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■   JULES VERLAQUE, Appellant, v. FRANK WELDON, Respondent. FRANK WELDON, Plaintiff, v. JULES VERLAQUE, Defendant.— Judgment dismissing the complaints in this consolidated action modified to reverse, on the facts and the law, the dismissal of the complaint of plaintiff Verlaque and grant judgment

in his favor in the amount of $10,000 for the personal injuries sustained by him and in the amount of $300 for the property damage, together with costs of the action and appeal against defendant, Weldon, and the judgment as thus modified is otherwise affirmed. On examination of the entire record, especially with respect to the testimony of the disinterested pedestrian witnesses, the decision on the Verlaque complaint is contrary to the weight of the credible evidence, even after according the greatest significance, as we should, to the opportunity of the trier of the facts to assess the testimony of the witnesses who appeared before him. Plaintiff Verlaque established his freedom from contributory negligence, and we agree that defendant Weldon was properly found guilty of negligence. Concur — Breitel, Rabin, McNally and Stevens, JJ.; Botein, P. J., dissents and votes to affirm. Settle order.